IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO.: 17-10017-STA |
| JOEL ANTHONY BUNCH, | * | |
| Defendant. | * | |

_____

**ORDER CONTINUING SENTENCING HEARING**
_____

IT APPEARING TO THIS COURT THAT upon the filed motion of Defendant, Joel Anthony Bunch, to continue the sentencing hearing in this matter, there being no opposition filed by the United States of America, and after considering the entire record in this case, it appears that this motion is well-taken and is, therefore, GRANTED.

IT IS HEREBY ORDERED that the SENTENCING HEARING in this case be CONTINUED until the 30th day of April, 2018, at 1:30 p.m.

IT IS SO ORDERED, this the 7th day of March, 2018.

　　　　　　　　　　　　　　　　s/S. Thomas Anderson
　　　　　　　　　　　　　　　　S. THOMAS ANDERSON
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE