```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                    EASTERN DIVISION
```

UNITED STATES OF AMERICA,         *

      Plaintiff,           *

v.                                *     CR. NO.: 17-10017-STA

JOEL ANTHONY BUNCH,               *

      Defendant.           *
_____

**ORDER CONTINUING SENTENCING HEARING**
_____

IT APPEARING TO THIS COURT THAT upon the filed motion of Defendant, Joel Anthony Bunch, to continue the sentencing hearing in this matter, there being no opposition filed by the United States of America, and after considering the entire record in this case, it appears that this motion is well-taken and is, therefore, GRANTED.

IT IS HEREBY ORDERED that the SENTENCING HEARING in this case be CONTINUED until the 22nd day of May, 2018, at 2:00 p.m.

IT IS SO ORDERED, this the 12th day of April, 2018.

                                      s/ S. Thomas Anderson
                                      S. THOMAS ANDERSON
                                      CHIEF UNITED STATES DISTRICT JUDGE