IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,     *

        Plaintiff,     *

v.     *     CR. NO.: 17-10017-STA

JOEL ANTHONY BUNCH,     *

        Defendant.     *
_____

**ORDER CONTINUING SENTENCING HEARING AND
NOTICE OF RESETTING**
_____

IT APPEARING TO THIS COURT THAT upon the filed motion of Defendant, Joel Anthony Bunch, to continue his sentencing hearing, there being no opposition filed by the United States of America, and after considering the entire record in this case, it appears that this motion is well-taken and is, therefore, GRANTED.

IT IS HEREBY ORDERED that the SENTENCING HEARING in this case be CONTINUED to the **2nd day of July, 2018, at 11:00 a.m.**

IT IS SO ORDERED, this the 21st day of May, 2018.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE